IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JARDIS INDUSTRIES**, an Illinois corporation<br><br>*Plaintiff,*<br><br>v.<br><br>**SCOTT QUINN**, an individual, **MICHAEL ANDERSON**, an individual, **MYCO GRAPHIX**, LTD. **INC.,** an Illinois corporation, and **GRAPHICS SYSTEMS SUPPLY, INC.,** a Florida corporation<br><br>*Defendants.* | **CASE NO. 08 CV 7268** |

**PLAINTIFF'S MOTION TO ENLARGE TIME**

**NOW COMES** the Plaintiff, JARDIS INDUSTRIES ("PLAINTIFF"), by and through its attorneys, FUCHS & ROSELLI, LTD., and, pursuant to F.R.C.P. 6(b) for its Motion to Enlarge Time, states as follows:

1. On December 19, 2008, PLAINTIFF filed with the Clerk of this Court a *Verified Complaint for Injunctive and Other Relief* ("COMPLAINT") against DEFENDANTS.

2. On February 13, 2009, DEFENDANTS appeared and presented a *Motion to Enlarge Time* to file a responsive pleading, which was granted.

3. After having filed a *Motion to Strike*, and after Plaintiff submitted a revised *Verification* page for their *Complaint*, the parties were at issue on or around March 23, 2009.

4. At the first status hearing of this matter on May 14, 2009, the parties had discussed settlement and a pretrial and, therefore, the Court generally continued this case to June 22, 2009.

5. On June 22, 2009, the parties informed the Court that no settlement was imminent and therefore the Court set a subsequent status date of August 17, 2009. Thereafter, the parties filed a *Joint Discovery Order.*

6. On September 30, 2009, that *Joint Discovery Order* was extended to the present cut off of December 15th. It is this deadline that PLAINTIFF unilaterally seeks to extend.

7. This is the first unilateral motion to extend any deadline brought by either party. No prejudice will be visited upon the DEFENDANTS by the grant of the instant Motion.

8. There is good cause for the grant of the instant Motion as PLAINTIFF'S counsel has been engaged preparing for the trial of other matters and as his office has been varyingly short staffed due to sickness and periods of leave.

**WHEREFORE,** PLAINTIFF respectfully requests that this Honorable Court enter an Order:

A. Allow Plaintiff an additional 14 days to respond to written discovery, and to allow an additional 60 days thereafter to complete oral fact discovery; and,

B. Providing PLAINTIFF with such other and further relief as this Court deems appropriate and just.

Respectfully submitted,

JARDIS INDUSTRIES,

By:   \s\ David R. Buetow
One of Its Attorneys

David R. Buetow (#6228923)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499