### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JARDIS INDUSTRIES**, an Illinois corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>**SCOTT QUINN**, an individual, **MICHAEL ANDERSON**, an individual, **MYCO GRAPHIX**, **LTD. INC.,** an Illinois corporation, and **GRAPHICS SYSTEMS SUPPLY, INC.,** a Florida corporation<br><br>*Defendants.* | **CASE NO. 08 CV 7268** |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 16th day of December, 2009, at the hour of 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Martin C. Ashman in the courtroom usually occupied by him in Room 1386 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present *Motion to Enlarge Time*, a copy of which is herewith served upon you.

By:   \s\ David R. Buetow
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned attorney on oath states that on December 9, 2009, prior to 5:00 P.M., he served the foregoing Notice and referenced pleading by electronic delivery to all parties that have consented to same.

\s\ David R. Buetow
David R. Buetow

Richard C. Perna (6193236)
David R. Buetow (6228923)
Michelle L. Feola (6281376
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499

## SERVICE LIST

Dina Rollman
SPERLING & SLATER
55 West Monroe Street
Suite 3200
Chicago, Illinois  60603


PRESTIGE REALTY OF NORTH IDAHO, INC.
805 East Sherman Avenue
Coeur d'Alene, Idaho 83814