# EXHIBIT A



| | | | |
|---|---|---|---|
| | "Buetow, David" <DBuetow@frltd.com><br>11/19/2009 05:20 PM | To | "Evan D. Brown" <EBrown@hinshawlaw.com> |
| | | cc | <shj@sjesser.com> |
| | | bcc | |
| | | Subject | RE: Jardis v. Quinn et al - Deposition Notices |

History:  🗪 This message has been replied to.

Evan,

I will work with my client on completing the discovery responses. It is my own fault as my trial schedule has been hectic. I will agree to provide them two weeks from today, maximum.

I have no objection to the protective order at all so long as it is mutual. I agree as to the dual motion date.

Dave.

**From:** Evan D. Brown [mailto:EBrown@hinshawlaw.com]
**Sent:** Thursday, November 19, 2009 5:20 PM
**To:** Buetow, David
**Cc:** shj@sjesser.com
**Subject:** RE: Jardis v. Quinn et al - Deposition Notices


Dave:

I'll check with our calendars concerning 12/14 or 12/15 and get back to you. No need to bring a contested motion to extend oral discovery, we will agree to same provided that the remaining deadlines (e.g. expert discovery) are likewise extended.

Can you let me know when we might expect responses to the written discovery requests we served on September 25?

We have documents available for your review that are responsive to your document requests. Perhaps we can bring an agreed motion for entry of protective order at the same time we address the extension of the discovery schedule with Magistrate Judge Aspen to facilitate document production in both directions.

Evan

Evan D. Brown
Attorney at Law
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300, Chicago, IL 60601
tel: (312) 704-3757 | fax: (312) 704-3001
EBrown@hinshawlaw.com

| | |
|---|---|
| "Buetow, David" <DBuetow@frltd.com> | To "Evan D. Brown" <EBrown@hinshawlaw.com> |
| 11/19/2009 05:00 PM | cc <shj@sjesser.com> |
| | Subject RE: Jardis v. Quinn et al - Deposition Notices |

Evan,

I will be out of town on November 30th and will have a trial pending through the first two weeks of December. I can either proceed with them on 12.14 or 12.15, or I will bring a motion to continue the deadline for oral discovery. Let me know if either of those dates work for you and I will get in touch with my client.

Dave.

**From:** Evan D. Brown [mailto:EBrown@hinshawlaw.com]
**Sent:** Thursday, November 19, 2009 4:57 PM
**To:** Buetow, David
**Cc:** shj@sjesser.com
**Subject:** Jardis v. Quinn et al - Deposition Notices

David:

Attached for your convenience please find PDF copies of the deposition notices for Al Jardis, David Hansen and Jardis Industries' 30(b)(6) designee we placed in the mail today.

Evan

Evan D. Brown
Attorney at Law
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300, Chicago, IL 60601
tel: (312) 704-3757 | fax: (312) 704-3001
EBrown@hinshawlaw.com

```
Hinshaw & Culbertson LLP is an Illinois registered limited liability partnersh
has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely fo
the addressee(s) named in this message. This communication is intended to be
and to remain confidential and may be subject to applicable attorney/client an
work product privileges. If you are not the intended recipient of this message
this message has been addressed to you in error, please immediately alert the
```

sender by reply e-mail and then delete this message and its attachments. Do no
deliver, distribute or copy this message and/or any attachments and if you are
the intended recipient, do not disclose the contents or take any action in rel
upon the information contained in this communication or any attachments.



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnersh
has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely fo
the addressee(s) named in this message. This communication is intended to be
and to remain confidential and may be subject to applicable attorney/client an
work product privileges. If you are not the intended recipient of this message
this message has been addressed to you in error, please immediately alert the
sender by reply e-mail and then delete this message and its attachments. Do no
deliver, distribute or copy this message and/or any attachments and if you are
the intended recipient, do not disclose the contents or take any action in rel
upon the information contained in this communication or any attachments.