# EXHIBIT B



**"Buetow, David" <dbuetow@frltd.com>**
12/04/2009 11:33 AM

To <EBrown@hinshawlaw.com>
cc <shj@sjesser.com>
bcc
Subject Re: Jardis v. Quinn et al. -- discovery

Evan,
I don't foresee our ability to present them that day. Besides, I would assume you would want the documents to ask them questions at deposition.
I apologize for the delay, but it is truly unavoidable.
Dave

On Dec 4, 2009, at 11:28 AM, "EBrown@hinshawlaw.com" < EBrown@hinshawlaw.com> wrote:

> Dave:
>
> Are you saying you're not available for depositions on 12/14 and 12/15? I'm a bit concerned about that because my clients have already booked travel arrangements for then in reliance on your 11/19 email and will be out of the country quite a bit for business in the first part of 2010. We will reserve the right to ask the court to order plaintiff to reimburse my clients' for their travel arrangements if they are not able to get a full refund.
>
> Evan
>
> Evan D. Brown
> Attorney at Law
> Hinshaw & Culbertson LLP
> 222 N. LaSalle St., Suite 300, Chicago, IL 60601
> tel: (312) 704-3757 | fax: (312) 704-3001
> EBrown@hinshawlaw.com

---

**"Buetow, David" <DBuetow@frltd.com>**
12/04/2009 11:13 AM

To <EBrown@hinshawlaw.com>
cc <shj@sjesser.com>
Subject RE: Jardis v. Quinn et al. -- discovery

Evan,

I understand the frustration.  Our office has been short handed due to some folks being sick and another on maternity leave. As a consequence, we have been sharing their load and as a further consequence, I will be doing a motion to continue the deadlines.  I have compiled a cd of photos for you as well as other responsive docs. I will provide them as soon as I hear back from my client on some of the other items you requested.

Dave.

**From:** EBrown@hinshawlaw.com [mailto:EBrown@hinshawlaw.com]
**Sent:** Friday, December 04, 2009 10:00 AM
**To:** Buetow, David
**Cc:** shj@sjesser.com
**Subject:** Jardis v. Quinn et al. -- discovery

Dave:

I am writing to follow up on your email messages of 11/19.  You had indicated that you'd be available for the depositions of Dave Hansen and Al Jardis on 12/14 or 12/15. We would prefer to start the afternoon of 12/14 with Hansen and the morning of 12/15 with Jardis. We also plan to take the deposition of Mike Szczesniak, and would prefer doing that on the afternoon of 12/15 pending his availability. Please confirm your availability for these dates.

Also in  your 11/19 letter you provided assurances that Plaintiff would provide responses to the first set of defendants' discovery requests (which were served on 9/25) no later than 12/3/09. We have yet to receive those written responses. While I certainly understand the natural course of things which can make delay inevitable, and I do appreciate your prior courtesy in giving us an extra two weeks this past fall to respond to Plaintiffs' discovery requests, we need to move this issue along.

Evan

Evan D. Brown
Attorney at Law
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300, Chicago, IL 60601
tel: (312) 704-3757 | fax: (312) 704-3001
EBrown@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable

attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.