IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jardis Industries,<br><br>       Plaintiff,<br><br>v.<br><br>Scott Quinn, Michael Anderson, Myco Grafix,<br>Ltd. Inc., Graphic System Supply, Inc.,<br><br>       Defendants. | Case No.: 08-7268<br><br>Judge Andersen<br>Magistrate Judge Ashman |

### DEFENDANTS' OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME

Defendants Myco Grafix, Ltd., Graphic System Services, Inc., Michael Anderson and Scott Quinn ("Defendants"), oppose Plaintiff's Motion for Enlargement of Time [Dkt #42], and in support of such opposition hereby adopt the arguments presented in Defendants' Motion to Compel and to Find Objections to Discovery Requests Waived on the Basis of Untimeliness [Dkt #44].

WHEREFORE, Defendants respectfully request this court deny Plaintiffs' motion in its entirety and grant such further relief as the court deems appropriate.

Respectfully submitted,

**Michael Anderson**
**Scott Quinn**
**Myco Grafix Ltd.**
**Graphic System Supply, Inc.**

By: s/Evan D. Brown
      By one of their attorneys

6513873v1  896322  69661

2

| | |
|---|---|
| Evan D. Brown | Steven H. Jesser, Attorney at Law, P.C. |
| Hinshaw & Culbertson LLP | 790 Frontage Road, Suite 110 |
| 222 N. LaSalle, Suite 300 | Northfield, IL 60093 |
| Chicago, IL 60601 | (847) 424-0200 |
| 312-704-3000 | shj@sjesser.com |
| ebrown@hinshawlaw.com | |

6513873v1  896322  69661

CERTIFICATE OF SERVICE

I certify that pursuant to Local Rule 5.5, service of the foregoing DEFENDANTS' OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME was accomplished upon all Filing Users pursuant to the Court's Electronic Case Filing system on **December 9, 2009**.

/s/ Evan D. Brown