IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jardis Industries, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08-7268 |
| v. ) | |
| ) | Judge Andersen |
| Scott Quinn, Michael Anderson, Myco Grafix, ) | |
| Ltd., Graphic System Supply, Inc., ) | Magistrate Judge Ashman |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

Please take notice that on **Wednesday, December 16, 2009** at **10:00 a.m.** or as soon thereafter as counsel may be heard, one of the attorneys for the defendants shall appear before the Honorable Magistrate Judge Martin Ashman, or any judge sitting in his stead, in **Courtroom 1386** of the Federal Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and then and there present DEFENDANTS' MOTION TO COMPEL AND TO FIND OBJECTIONS TO DISCOVERY REQUESTS WAIVED ON THE BASIS OF UNTIMELINESS, a copy of which has been served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Evan D. Brown
Evan D. Brown

| | |
|---|---|
| Evan D. Brown | Steven H. Jesser, Attorney at Law, P.C. |
| Hinshaw & Culbertson LLP | 790 Frontage Road, Suite 110 |
| 222 N. LaSalle, Suite 300 | Northfield, IL 60093 |
| Chicago, IL 60601 | (847) 424-0200 |
| 312-704-3000 | shj@sjesser.com |
| ebrown@hinshawlaw.com | |